UNITED STATES of America,
Plaintiff-Appellee

v.

Melvin WIAND, Defendant-Appellant

No. 15-10835

Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 17, 2017

Melvin Wiand, Pro Se

Before KING, DENNIS, and COSTA,
Circuit Judges.

PER CURIAM: *

Melvin Wiand, federal prisoner # 37221-
177, has appealed the district court's order
construing his motion invoking Rule 60(b)
of the Federal Rules of Civil Procedure as
a second or successive motion under 28
U.S.C. § 2255 and transferring the matter
to this court for further proceedings.
Wiand asserts that his conviction resulted
from a "forged and fabricated" consent-to-
search form and that his attorney ren-
dered ineffective assistance in failing to

challenge the form at the suppression hearing. Because these claims were raised and rejected in a prior § 2255 proceeding, they are successive. *See Gonzalez v. Crosby*, 545 U.S. 524, 532, 125 S.Ct. 2641, 162 L.Ed.2d 480 (2005).

Wiand has not obtained this court's leave to file a second or successive § 2255 motion. *See* § 2255(h). Accordingly, the motion was unauthorized, and the district court lacked jurisdiction. *See In re Sepulvado*, 707 F.3d 550, 556 (5th Cir. 2013). The appeal is DISMISSED AS FRIVOLOUS. *See* 5TH CIR. R. 42.2. Wiand is WARNED that frivolous, repetitive, or otherwise abusive filings will invite the imposition of sanctions, including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.